UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOKHEAN KEO,<br><br>         Petitioner,<br><br>    v.<br><br>WARDEN OF THE MESA VERDE ICE PROCESSING CENTER, et al.,<br><br>         Respondents. | Case No.  1:24-cv-00919-HBK (HC)[1]<br><br>ORDER RELATING AND REASSIGNING CASES |
| SOKHEAN KEO,<br><br>         Petitioner,<br><br>    v.<br><br>CURRENT OR ACTING FIELD OFFICE DIRECTOR, SAN FRANCISCO FIELD OFFICE, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>         Respondents. | Case No.  1:24-cv-00945-CDB (HC) |

---

[1] Both parties have consented to the jurisdiction of a magistrate judge in accordance with 28 U.S.C. §636(c)(1) in this first filed action.  (Doc. No. 9).

1

1    On August 16, 2024, a Notice of Related Cases was filed in each of the respective cases. See Case No. 1:24-cv-00919-HBK (Doc. No. 10); Case No. 1:24-cv-00945-CDB (Doc. No. 12). Examination of these actions reveals that the cases are related within the meaning of Local Rule 123(a).  The actions involve the same property, transaction, or event, and similar questions of fact and the same question of law.  Assignment of these cases to the same judge is likely to effect a substantial savings of judicial effort, whereas substantial duplication of labor would result if the actions were heard by different judges.

   The parties should be aware that relating the cases under Local Rule 123(a) merely has the result that the related cases are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

   Therefore, **IT IS ORDERED** that the action denominated as 1:24-cv-00945-CDB is reassigned to Magistrate Judge Helena Barch-Kuchta for all further proceedings.  Henceforth, the caption on documents filed in the reassigned case shall be shown as 1:24-cv-00945-HBK.  The undersigned as the Magistrate Judge to Case No. 1:24-cv-00919-HBK will remain.

   It is FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the assignment of habeas cases to compensate for this reassignment.

Dated:    August 22, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE