UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOKHEAN KEO,<br><br>            Petitioner,<br><br>     v.<br><br>WARDEN OF THE MESA VERDE ICE PROCESSING CENTER, et al,<br><br>            Respondents. | Case No.  1:24-cv-00919-HBK (HC)<br><br>ORDER DIRECTING RESPONSE TO MOTION TO DISMISS<br><br>(Doc. No.  20) |

Petitioner Sokhean Keo, an immigration detainee, is proceeding pro se on his petition for writ of habeas corpus under 28 U.S.C. § 2241. (Doc. No. 1, "Petition"). On October 28, 2024, Respondent filed a Motion to Dismiss the Petition. (Doc. No. 20, "Motion"). As of the date of this order, Petitioner has not responded to the Motion, and the deadline for doing so has passed. (*See* Doc. No. 16 at 3 ("If Respondent moves to dismiss, Petitioner must file an opposition or statement of non-opposition within twenty-one (21) days of the date of service of Respondent's motion.")).

Accordingly, it is hereby **ORDERED:**

1. Petitioner shall file an opposition or statement of non-opposition to Respondent's Motion to Dismiss no later than **thirty (30) days** from the entry of this order.

2. Respondent may file a reply no later than **fourteen (14) days** from Petitioner's response.

3. Failure to comply with this will be construed as a waiver of opposition to the Motion to Dismiss consistent with L.R. 230(l) and/or will result in a dismissal of the action as a sanction for failing to prosecute this action and/or comply with the Court's order consistent with L.R. 110.

Dated:   December 4, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE