UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOKHEAN KEO,<br><br>    Petitioner,<br><br>  v.<br><br>WARDEN OF THE MESA VERDE ICE PROCESSING CENTER, et al,<br><br>    Respondents. | Case No.   1:24-cv-00919-HBK (HC)<br><br>ORDER DIRECTING REPLY TO PETITIONER'S OPPOSITION TO MOTION TO DISMISS |

On August 8, 2024, Petitioner Sokhean Keo, a non-citizen alien who is being detained by the Immigration and Custom's Enforcement ("ICE"), filed a pro se petition for writ of habeas corpus under 28 U.S.C. § 2241 while detained at the Mesa Verde ICE Processing Facility, which is located in Bakersfield, California and within the jurisdiction and venue of this Court. (Doc. No. 1, "Petition"). The Petition, challenges Petitioner's "prolonged detention" pending deportation without the benefit of hearing of danger or flight risk, *i.e.* a bond hearing. (*Id.* at 2, ¶2). On October 28, 2024, Respondent filed a Motion to Dismiss the Petition. (Doc. No. 20, "Motion"). On December 4, 2024, after Petitioner failed to file a timely response to the Motion, the Court directed Petitioner to file a response, or the Court would deem the nonresponse as a waiver of the opposition to the Motion to Dismiss consistent with this Court's Local rule 230(l).

(Doc. No. 21). Consistent with Court's December 4, 2024 Order, Petitioner filed an opposition to the Motion on January 30, 2025. (Doc. No. 25). As of the date of this Order, Respondent has not filed a reply, and the deadline for doing so has passed. (*See* Doc. No. 16 at 3 ("A reply to an opposition to the motion to dismiss must be filed within seven (7) days after the opposition is served.")).

Accordingly, it is ORDERED:

Within **seven (7) days** from the date of this Order, Respondent shall submit a reply to Petitioner's opposition, with particular attention to the status of Petitioner's motion for reconsideration of the Board of Immigration Appeals decision affirming the denial of asylum and affirming the order of removal which he filed on October 21, 2024. (*See* 8 C.F.R. § 1003.2 and Doc. No. 20 at 2-3).

Dated:     February 10, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE